**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 21 EAL 2024

           Respondent                 :

                                          :   Petition for Allowance of Appeal

                                          :   from the Order of the Superior Court

           v.                              :

                                          :

JAMES FOY BULLARD,                   :

                                          :

           Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 10th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.